**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KANWAR GULATI, BHAWNA GULATI,**

        **Plaintiffs,**

**-vs-**       Case No. 6:05-cv-1097-Orl-28DAB

**COUNTRYWIDE HOME LOANS, INC.,**
**TROPICAL VILLAGE, INC., PATRICK**
**KIRKLAND,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **COUNTRYWIDE'S MOTION TO TAX COSTS (Doc. No. 43-1)** |
| **FILED:** | August 18, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. ||
| **MOTION:** | **MOTION FOR ATTORNEY'S FEES (Doc. No. 42)** |
| **FILED:** | August 18, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. ||

Plaintiffs asserted common law fraud and securities fraud against Defendants arising out of a condominium sale and mortgage finance. The Court granted Defendant Countrywide Home Loans, Inc.'s Motion to Dismiss Plaintiffs' claims without prejudice to their re-assertion within twenty days

in an amended complaint. Doc. No. 40. Plaintiffs failed to timely file an amended complaint against Countrywide, and Judge Antoon dismissed Plaintiffs' claims against Defendant Countrywide with prejudice. Doc. No. 41. The claims against the remaining Defendants have not been dismissed. *See* Doc. No. 40 at 4.

Defendant Countrywide now moves[1] for its attorney's fees and costs, even though Plaintiffs may still litigate their claims against the other Defendants, and no final judgment has been entered. The litigation is still pending[2]. As such, Countrywide's Motions for Attorney's Fees and Costs are premature and are denied without prejudice. When a final judgement is entered, costs are to be taxed by the Clerk upon presentation of a bill of costs. FED. R. CIV. P. 54(d)(1). Costs thus taxed may be reviewed by motion by any party.

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2006.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Defendant failed to comply with Local Rule 3.01(g), which requires a good-faith conference and more than just phone messages left for the opposing party's counsel. Plaintiffs have since filed their opposition to an award of fees and costs to Countrywide.

[2] Despite the absence of a final judgment (*see* 28 U.S.C. § 1291 and Rule 54, F.R.Civ. P.), Plaintiffs have appealed the dismissal of their claims against Countrywide. Doc. No. 45.